UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS B. SANCHEZ,

    Plaintiff,

v.

JAMES J. FOLEY, MICHAEL A. SWEET
and DANIEL T. PURTELL,

    Defendants.

Civil Action No.
15-10120-DJC

## SPECIAL JURY VERDICT FORM

We, the jury, find:

### First Claim (Section 1983 Claim) (as to all Defendants):

1. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Foley subjected him to use of excessive force on January 31, 2012 in violation of 42 U.S.C. § 1983?

    Yes ✓     No ___

2. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Sweet subjected him to use of excessive force on January 31, 2012 in violation of 42 U.S.C. § 1983?

    Yes ___     No ✓

3. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Purtell subjected him to use of excessive force on January 31, 2012 in violation of 42 U.S.C. § 1983?

    Yes ___     No ✓

## Second Claim (MCRA claim) (as to all Defendants):

(4.) Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Foley interfered with his constitutional rights by threats, intimidation or coercion in violation of the Massachusetts Civil Rights Act on January 31, 2012?

Yes ✓    No ___

5. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Sweet interfered with his constitutional rights by threats, intimidation or coercion in violation of the Massachusetts Civil Rights Act on January 31, 2012?

Yes ___    No ✓

6. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Purtell interfered with his constitutional rights by threats, intimidation or coercion in violation of the Massachusetts Civil Rights Act on January 31, 2012?

Yes ___    No ✓

## Third Claim (Assault and Battery) (as to all Defendants):

7. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Foley committed an assault and battery on the Plaintiff on January 31, 2012?

Yes ✓    No ___

8. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Sweet committed an assault and battery on the Plaintiff on January 31, 2012?

Yes ___    No ✓

9. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Purtell committed an assault and battery on the Plaintiff on January 31, 2012?

Yes ___    No ✓

## Fourth Claim (Intentional Infliction of Emotional Distress) (as to all Defendants):

10. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Foley intentionally inflicted emotional distress on the Plaintiff on January 31, 2012?

Yes ✓    No ___

11. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Sweet intentionally inflicted emotional distress on the Plaintiff on January 31, 2012?

**Yes** ___ **No** ✓

12. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Purtell intentionally inflicted emotional distress on the Plaintiff on January 31, 2012?

**Yes** ___ **No** ✓

**Fifth Claim (Civil Conspiracy) (as to all Defendants):**

13. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Foley conspired to deprive Plaintiff of his civil rights on January 31, 2012?

**Yes** ✓ **No** ___

14. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Sweet conspired to deprive Plaintiff of his civil rights on January 31, 2012?

**Yes** ✓ **No** ___

15. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Purtell conspired to deprive Plaintiff of his civil rights on January 31, 2012?

**Yes** ✓ **No** ___

**Sixth Claim (Malicious Prosecution) (only as to Defendant Mr. Foley):**

16. Did Plaintiff Mr. Sanchez prove by a preponderance of the evidence that Defendant Mr. Foley maliciously prosecuted Plaintiff for resisting arrest on January 31, 2012?

**Yes** ✓ **No** ___

*(If you answered "yes" to one or more of Questions above as to one or more Defendants, go on to Question 17. If you answered "no" to all Questions above, skip the following questions about damages and have the foreperson sign and date this form).*

3

## Compensatory Damages:

17. What amount do you find, if any, will fairly and adequately compensate the Plaintiff Mr. Sanchez for:

    (A) For medical bills: $ 8,000.00.

    (B) For pain and suffering: $ 10,000.00.

    **General Verdict (A + B):** $ 18,000.00.

18. Do you award pre-judgment interest on the award of compensatory damages?

    Yes ✓     No ___

The undersigned foreperson of the jury hereby certifies that the members of the jury agree to the above findings.

10/16/17
DATE

*Katherine Bak*
FOREPERSON'S SIGNATURE

4