UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS B. SANCHEZ, <br><br> Plaintiff, <br><br> v. <br><br> JAMES J. FOLEY, ET AL, <br><br> Defendants. | Civil Action No. 15-10120-DJC |

## AMENDED JUDGMENT

**CASPER, J.**                                                                            August 2, 2019

Consistent with Jury verdict of October 16, 2017, D. 84, the Court enters judgment for Plaintiff, against Defendants in the amount of $78,000 plus pre-judgment interest of 12%. Pursuant to the Court's ECF order D. 119, the Court awards attorneys' fees of $114,634.00 and costs of $6,388.61.

                                                                                                          Robert M. Farrell, Clerk

                                                                                                          /s/ Matthew M. McKillop
                                                                                                          _____
                                                                                                          Deputy Clerk

NOTE: The post judgment interest rate effective this date is <u>2.00 %.</u>